# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL BENJAMIN LOPEZ,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70031

**FILED**

SEP 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal.[1] Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]The conditional sanction imposed in this court's July 8, 2016, order is vacated.

[2]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726 (1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

16-27458

cc: Hon. Jennifer P. Togliatti, District Judge
Boley & Aldabbagh Law Firm
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A